NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 06a0892n.06
Filed: December 14, 2006

No. 06-1183

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

MAUREEN D. TAYLOR,

    Plaintiff-Appellee,

v.

JACKIE CURRIE and DETROIT
ELECTIONS COMMISSION,

    Defendants-Appellants.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Before: DAUGHTREY and MCKEAGUE, Circuit Judges; and REEVES, District Judge.*

PER CURIAM. Appellant, Attorney Steven W. Reifman, appeals the district court's order awarding attorneys' fees and costs and imposing sanctions pursuant to 28 U.S.C. § 1447(c), Rule 11 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1927 and order denying the motion for reconsideration. After a careful review of the record, we are convinced that the district court did not err in awarding attorneys' fees and costs to the attorneys for the Plaintiff-Appellee and imposing sanctions against Attorney Reifman. Likewise, we conclude that the district court did not err in denying the motion for reconsideration.

_____

* The Honorable Danny C. Reeves, United States District Judge for the Eastern District of Kentucky, sitting by designation.

Because the district court's opinions accurately set out the law governing the issues raised and clearly state the reasons for the conclusions, issuance of a more lengthy opinion by this Court would serve no useful purpose. Accordingly, for the reasons stated in the district court's opinions, we AFFIRM the order of the district court awarding fees and costs and imposing sanctions and order denying the motion for reconsideration.